# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:24-cv-00095-WMR
## Catoosa County Republican Party et al v. Catoosa County Board of Elections and Voter Registration et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/06/2025.

TIME COURT COMMENCED: 00:00 P.M.
TIME COURT CONCLUDED: 00:00 P.M.
TIME IN COURT: 00:00
OFFICE LOCATION: Rome

COURT REPORTER: Geraldine Glover
CSO/DUSM: Dino Smimmo
DEPUTY CLERK: Jill Ayers

**ATTORNEY(S) PRESENT:** Christopher Harris representing Catoosa County Board of Elections and Voter Registration
Christopher Harris representing Marvin Cornelison
Christopher Harris representing Nina Crawford
Christopher Harris representing Ron McKelvy
Christopher Harris representing Tommy Davis
Christopher Harris representing Tonya Moore
Jordan Johnson representing Catoosa County Republican Party
Jordan Johnson representing Joannna Hildreath

**PROCEEDING CATEGORY:**

**MINUTE TEXT:** By Minute Order, the Court DISMISSES WITHOUT PREJUDICE re [39] Motion for Leave to File an urgent notice of fraud upon the court involving corporate misrepresentations, federal tax violations by controlling Georgia Republican Party, Inc., and unconstitutional exercise of state authority under color of state and federal law for lack of standing. [Doc. 39]. The Court instructs Movants that should either individual wish to pursue their motions in a separate case, they may do so where they identify the proper defendant, pay the relevant filing fee, and comply with all other procedural rules.