UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CATOOSA COUNTY REPUBLICAN PARTY, and JOANNA HILDRETH, <br><br> *Plaintiffs,* <br><br> v. <br><br> CATOOSA COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION, and TOMMY DAVIS, RON MCKELVY, NINA CRAWFORD, MARVIN CORNELISON, Each in their individual and official Capacities as Members of the Catoosa County Board of Elections and Voter Registration, and TONYA MOORE, as director of the Board Of Elections and Voter Registration, and Brad Raffensperger In his official capacity as Secretary of State of the STATE OF GEORGIA <br> *Defendants.* | CIVIL ACTION FILE NO. <br><br> 4:24-CV-00095-WMR |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT AND JOIN PARTY

On December 15, 2025, this Court entered an Order requiring the joinder of the State of Georgia as a party to this action.

The Court GRANTS the request to give leave to the amendment of Plaintiffs' Complaint.

This 11th day of March, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE