IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**Catoosa County Republican Party, et al**

    Plaintiff(s),

    v.

CIVIL ACTION FILE
NO. 4:24-cv-95-WMR

**Catoosa County Board of Elections and
Voter Registration, et al**

    Defendant(s).

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion to Dismiss [Doc 59] and Second Motion for Leave to Amend [Doc 61] in this case for Wednesday, July 22, 2026 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 300 of the Harold L. Murphy Federal Building and United States Courthouse located at 600 East First Street, Rome, Georgia 30161.

**Each side shall submit prior to the start of the hearing, a proposedorder which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 16th day of July, 2026.

William M. Ray II
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE